CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 13 2020

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beale
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 7:19-cr-94 |
| v. | ) |
| | ) |
| MARIUS CATALUI, | ) |
| | ) By: Michael F. Urbanski |
| Defendant. | ) Chief United States District Judge |

## ORDER

This cause came to be heard on motion of the defendant, Marius Catalui, by counsel, pursuant to Title 18 U.S.C. Section 3161(h)(7)(A), for a continuance in connection with the above styled matter, which is currently set for a jury trial commencing on January 27, 2020.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial given the volume of discovery. Therefore, defendant's motion for a continuance is **GRANTED,** and the trial of this matter is hereby continued. It is hereby **ORDERED** that the period of time necessitated by this continuance is excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is **SO ORDERED.**

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge

01-13-2020