IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 7:19-cr-00094 |
| v.  ) | |
| ) | By: Michael F. Urbanski |
| IOANA-CRISTINA PAVEL, ) | Chief United States District Judge |
| SZILARD FARKAS, ) | |
| MARIUS CATALUI, ) | |
|    Defendant. ) | |
| ) | |

**ORDER**

Due to the ongoing threat and disruption posed by the COVID-19 pandemic, the court, on its own motion, finds that this trial must be continued and that the time of continuance required by this order is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As such, the court explicitly adopts the reasons and findings of Standing Order 2020-10.

The court specifically finds that the need to protect the health and safety of jurors, court employees, defendants, their counsel, prosecutors, witnesses, judges, and the public, requires the court to avoid in-person proceedings to the fullest extent possible. Criminal trials inherently involve a significant amount of close contact between all parties. Furthermore, continuing this trial will assist with minimizing the spread of COVID-19 not only to courthouse personnel, but to and within detention facilities and the Bureau of Prisons.

Accordingly, the court finds that the ends of justice served by continuing this trial outweighs the interests of the parties and the public in a speedy trial.

It is **SO ORDERED**.

Entered: April 27, 2020

*/s/ Michael F. Urbanski*

Michael F. Urbanski
Chief United States District Judge

2